UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI **FILED**
EASTERN DIVISION

OCT 2 3 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ~~J. S. DISTRICT COURT~~ |
| Plaintiff, | ) | E. DIST. OF MO. ST. LOUIS |
| | ) | No. |
| vs. | ) | |
| | ) | |
| MICHAEL ST. JOHN, | 4 : 0 ) 8CR00608CEJ | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

Between October 2003 and December 2007, in the Eastern District of Missouri, the

defendant,

**MICHAEL ST. JOHN,**

did embezzle approximately $24,000.00 from a labor organization, the Glass Molders Plastics

Local 30, of which he was an officer. In violation of Title 29, United States Code Section

501(c).

A TRUE BILL

_____

FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney